IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRANDON GROSSINGER,** : | |
| **Individually and as Executive Director of** : | |
| **BUNNYS FLOWERS,** : | |
|     Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 25-2510** |
| : | |
| **MARK LICHTY,** *et al.*, : | |
|     Defendants. : | |

## ORDER

AND NOW, this 28th day of July, 2025, upon consideration of Plaintiff Brandon Grossinger's *pro se* Complaint (ECF No. 2), Motion for Service (ECF No. 4), Motion to Serve Defendant via Electronic or Email Service (ECF No. 26), Motion to Clarify (ECF No. 35), Emergency Motion for Transcript (ECF No. 46), Final Emergency Omnibus Motion (ECF No. 54), and Motion to Appoint Counsel (ECF No. 57), it is **ORDERED** that:

1. The Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** for the reasons in the Court's Memorandum as follows:

    a. All federal law claims are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

    b. All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

2. Grossinger's Motions (ECF Nos. 4, 26, 35, 46, 54, and 57) are **DENIED**.

3. Defendant's Motion to Dismiss (ECF No. 48) is **DENIED AS MOOT**.

4.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

_____
**WENDY BEETLESTONE, J.**